NANCY PEPE, an Infant, by Her Guardian ad Litem, SALVATORE PEPE, et al., Respondents, v. ABBOTT DAIRIES, INC., et al., Appellants.—

694

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.